# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Christopher Reginald Cox

SID#2390623,

DOC#441292, C/O: NBCI

14100 McMullen Hwy SW,

Cumberland, Md, 21502

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Asresahegn Getachew, MD
Frank. B. Bishop
Bill Beeman
Holly Pierce
NBCI
14100 McMullen Hwy, SW
Cumberland, Md, 21502-5771

*(Full name and address of respondent)*
**Defendant(s).**

\* \* \* \* \*

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___

SEP 16 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Case No.: GJH-19-2731
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

  A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☑

  B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: _____N/A_____

      Defendant(s): _____N/A_____

   2. Court (if a federal court name the district; if a state court name the city or county):

      _____N/A_____

3. Case No.: _____N/A_____

4. Date filed: _____N/A_____

5. Name of judge that handled the case: __N/A__

6. Disposition (won, dismissed, still pending, on appeal): __N/A__

7. Date of Disposition: _____N/A_____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑   NO ☐

1. If you answered YES:

   a. What was the result? Continued Merit findings by the Warden. Ignored from the medical Provider, Have not seen the Chronic Care Doctor.

   b. Did you appeal? Yes
   
   YES ☑   NO ☐

2. If you answered NO to either of the questions above, explain why: __N/A__

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

As the Medical Director, I have yet to see him (A. Getachew, MD) for any of my Chronic Care Issues. The Warden has yet to use the full extent of his Powers in 6 NBCI ARP matters since 2016, dealing with my medical supplies, single celling, and medical seeing me
Bill Beeman has not fulfilled his Duty as the Medical Nurse Supervisor. All of my Request forms from 2018-2019 have went unanswered.
Holly Pierce has not Honored the Warden Urging her to see me, and I have not seen a Chronic Care Doctor even though I have been hospitalized Twice this year in 2019 for Asthma Issues. One of the several things that makes me a Chronic Care Issue... See Attached Compliant.

Instructions&Form1983 (06/2016)                                         Page 7 of 13

IV. Relief
(State briefly what you want the Court to do for you.)

_____See Attached Complaint Form_____

_____#-7#_____

_____

_____

_____


SIGNED THIS September day of _____, 2019.

_____Eler ﬆ AFAR NDIRI_____
Signature of Plaintiff

_____Christopher. Coy_____
Printed Name


_____14100 McMullen Hwy, SW_____
Address

_____
Telephone Number

_____
Email Address